# EXHIBIT B-1

| | |
|---|---|
|  | **PROFORMA INVOICE REF:**<br><br>JRCII241166.2<br><br>May 24, 2024 |
| COKER & ASSOCIATES OF SC, LLC<br>2541 N. Pleasantburg Drive, Suite S272<br>Greenville, SC 29609<br>Phone: (864)-720-9333<br>Fax: (864)-720-2916<br>Email: info@cokersc.com | INVOICE TO:<br>G Tex Global<br>Plot no 3 opposite sector 29 part 2<br>Panipat 132103<br>Haryana<br>GST: 06ABBFG3924D1ZU |

1. **Machine Specifications**:

1 Van de Wiele Face to Face Carpet Machine
Model CRM
Year  1998    power requirement 480 volts
Serial no G-4862-002
Each Machine has 2 PTX Jacquard machines
Total  available reed width 400cm
Reed density 310 dents / meter with 1240 total dents
8 colors in creel
6 Harness frames for ground weave structure
Creel available spindles 9920
2  LGL Pre Winders for filling
Running 2 rapier filling insertion
Including  8 beams with  1250 mm beam flanges
mounted in a single Level Beam stands for the ground ends


**Location: USA**
**Country of origin: Germany**


2. **Price: $105,000.00 USD CNF Mundra final destination ICD Jhatipur**

   Customs clearances, Local Duties and Taxes, at the Port of Destination, (if applicable) are to the account of the Buyer.
   Inland transportation at the Buyer's account. Marine Insurance at the Buyer's account.

3. **Terms of Payment:**

100% advance before loading



   Payment to be received by Bank to Bank wire transfer to the following Bank Account:

   **Bank of America Wiring Instructions:**

**COKER & ASSOCIATES OF SC, LLC**

*2541 N Pleasantburg Dr. Suite S272*
*Greenville, SC 29609*

| | |
|---|---|
| Bank Name: | Bank of America N.A. |
| Bank Address: | 222 Broadway New York, NY 10038 |
| Routing Number (wires only): | 026009593 |
| Swift Code: | BOFAUS3N |
| Beneficiary: | Coker & Associates of SC LLC |
| Beneficiary Account Number: | 223014632898 |
| Beneficiary Address: | 2541 N. Pleasantburg Drive, Suite S272 Greenville, SC 29609 |
| Please Add To Wire Transfer: | Proforma Invoice #: **JRCII241166.2** |

**THE ABOVE BANK ACCOUNT IS TO BE USED FOR WIRE TRANSFERS ONLY**

4. **Delivery**

Delivery will be effected without delay after receiving balance by bank to bank wire transfer.

  **"General terms of sale" as in Appendix #1**

| | |
|---|---|
| Coker & Associates of SC, LLC<br><br>_____<br>Jackson R. Coker II | |

**Appendix #1 General terms of Sale:**

1. Buyer shall indemnify Coker and Associates and all its affiliates from all claims, damages, costs and attorney fees arising in any way from Buyer's use, marketing or sale of the equipment the Buyer is purchasing from Coker and Associates of SC, LLC. All machinery is sold on a strictly "As Is" basis, without any warranties or guarantees whatsoever.
2. Coker and Associates of SC, LLC retains title to and Buyer grants a continuing purchase money security interest in all goods sold and delivered to Buyer until Coker and Associates has received payment in full.
3. This Order Acceptance and any dispute or controversy arising out of or related to it shall be governed and constructed exclusively in accordance with the domestic laws of the State of South Carolina.
4. Buyer and Seller agree that the State Courts of the State of South Carolina or the Federal District Court for the District of South Carolina (Greenville Division) shall constitute the sole forums for the adjudication of any and all disputes or controversies arising out of this agreement or the products sold.
5. After issuance of the Order Acceptance, the Buyer and the Seller shall enter into a period of Due Diligence, during which time clean and clear title of the machinery shall be sought. In the event that the Seller, after reasonable good faith efforts, is unable to transfer clean and clear title to the machinery under the terms of the Order Acceptance, the Seller shall give notice of this fact to the Buyer as soon as is practicable. Upon giving such notice, this Order Acceptance shall be null and void and Seller shall not be liable to the Buyer in any manner because of such termination.
6. The aforementioned machinery will remain available for open sale until such time as a deposit is received from the Buyer confirming this order.
7. The Seller is defined as being Coker and Associates of SC, LLC and the Buyer Gupta Rugs.
8. Seller shall not be liable for any exemplary or consequential damage.