# EXHIBIT B-2

# SUMMIT FREIGHT INTERNATIONAL INC

3213 SOUTH CHEROKEE LANE, STE 1720
WOODSTOCK, GA, 30188, UNITED STATES
TEL: 678-978-0999  FAX: 888-826-6905
DIRECT: 678-978-0999
EMAIL: susan@summitfreightinc.com
**Prepared by Susan Shu 08-22-2024 11:47 (EDT)**

## PICKUP & DELIVERY ORDER

| ISSUED AT: 08-22-2024 | ISSUED BY: SUSAN SHU |
|---|---|

**TRUCKER**
WCE TRANS

| MB/L NO. | HB/L NO. |
|---|---|
| DALA36913101 | |
| OUR REF. NO. | CARRIER BKG NO. |
| ATLOE-2408012 | DALA36913101 |

**CARRIER**
HYUNDIA SHIPPING LINE

**VESSEL INFO.**
HYUNDAI HONG KONG V.001W

| PLACE OF RECEIPT | ETD |
|---|---|
| SUGAR VALLEY, GA (UNITED STATES) | 08-23-2024 |
| PORT OF LOADING | ETD |
| SAVANNAH, GA (UNITED STATES) | 08-25-2024 |
| PORT OF DISCHARGE | ETA |
| MUNDRA (INDIA) | 10-03-2024 |

**EMPTY PICK UP LOCATION**
GARDEN CITY TERMINAL (L737)
2 MAIN ST
PORT WENTWORTH, GA 31407, UNITED STATES
TEL: 1 912 9635526

REF. NO. :
DATE:       //

**FREIGHT PICK UP LOCATION**
MOHAWK - SUGAR VALLEY PLANT
3032 SUGAR VALLEY ROAD NW
SUGAR VALLEY, GA 30746, UNITED STATES
ATTN: KAREN BUCKNER (KAREN@COKERSC.COM) CELL: 864-720-9333

REF. NO. :
DATE:       //

Container/Qty.

| TOTAL PACKAGES | | PORT CUT-OFF |
|---|---|---|
| 1 | PIECE(S) | 08-23-2024 16:00 |
| GROSS WEIGHT | | |
| 25,000.00 KGS | | 55,115.57 LBS |
| MEASUREMENT | | |
| 50.00 CBM | | 1,765.73 CFT |

COMMODITY

PO NO.

**LOADED RETURN/DELIVERY TO**
GARDEN CITY TERMINAL (L737)
2 MAIN ST
PORT WENTWORTH, GA 31407, UNITED STATES
TEL: 1 912 9635526

REF. NO. :
DATE:       //

**BILL TO**
SUMMIT FREIGHT INTERNATIONAL INC
3213 SOUTH CHEROKEE LANE, STE 1720
WOODSTOCK, GA 30188, UNITED STATES
TEL: 678-905-3889
ATTN: (IMPORT@SUMMITFREIGHTINC.COM)
REF. NO. :

| CONTAINER NO. | TYPE | SEAL NO. | PACKAGE | WEIGHT | PICKUP NO. | L.F.D |
|---|---|---|---|---|---|---|
| | 40HC | | 1 PIECE(S) | 25,000.00 KGS / 55,115.57 LBS | | |

**P.O.D REQUIRED WITH BILLING INVOICE**
PLEASE EMAIL PROOF OF DELIVERY TO import@summitfreightinc.com

NOTICE: BAD ORDER PACKAGES MUST BE SIGNED FOR AS IN CONDITION RECEIVED.

ALL PIER CHARGES FOR ACCOUNT OF RECEIVER UNLESS OTHERWISE SPECIFIED.

**DESCRIPTION / INSTRUCTION**

1XUSED WEAVING MACHINES LOOMS
HTS CODE: 8446.30.90

TRI-AXLE 40'HQ
APPT: 8/23 @ 7AM
CUT OFF IS 8/23 @ 4PM, BUT I WILL TRY TO GET LATE GATE.
MUST ON TRI-AXLE CHASSIS

# DO NOT BREAK DOWN PALLET
You are requested to inform us immediately of any occurrence.
Thank You for your service !