# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| Coker & Associates of SC, LLC, | |
| Plaintiff, | |
| v. | Action No.: 4:25-cv-00324-RSB-CLR |
| Summit Freight International, Inc.; American Carrier Transport, LLC d/b/a WCE Trans; ARL Logistics, LLC; and Warness Jenkins, | |
| Defendants. | |

**DECLARATION OF ERICA GOMEZ**

I, Erica Gomez, hereby depose and state as follows:

1.    I am the Claims Director for MIA Safety Services ("MIA"). MIA is a third-party company that provides certain services for ARL Network, which includes, among others companies, Defendant American Carrier Transport, LLC d/b/a WCE Trans ("ACT"). In this capacity, I am authorized to make this declaration on ACT's behalf in support of its Motion to Dismiss. The matters stated herein are based on my personal knowledge.

2.    Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of an email that I received on September 16, 2024, from Conner Mathena, a representative of

Plaintiff Coker & Associates of SC, LLC, ("Plaintiff"), together with the attachments that were included with Mr. Mathena's email.

I swear under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2025.

Signed by:

*Erica Gomez*

Erica Gomez

HB: 4912-6851-0084.2

# Exhibit A

*Printed by: Erica Gomez*
*Tags: Inbox*

*Date: Monday, September 16th 2024, 03:10:15 PM -05:00 CDT*
*Subject: Re: Subject: Re: Claims for KOCU4169248- 1x40'HQ Tri-Axle Export load at Sugar Valley, GA 30746 - BKG# DALA36913101 ref# ATLOE-2408012 Incident on 9/3/2024*
*From: Conner Mathena <conner@cokersc.com>*
*To: <e.gomez@miasafety.com>, <claims@miasafety.com>*
*Cc: Chip <ccoker@cokersc.com>, <ahatfield@asflogistics.com>, <chagin@shipwce.com>, Debra Martin <dmartin@cokersc.com>, <wmobley@asflogistics.com>, <susan@summitfreightinc.com>, <michelle@shipwce.com>, <emorgan@shipwce.com>, <ar@arlnetwork.com>*

Good afternoon,

Pleaes see attached.



**CONNER MATHENA**
Executive Assistant
COKER & ASSOCIATES OF SC, LLC
2541 N Pleasantburg Dr. Suite S272 Greenville, SC  29609
+1.864.584.4566



| | |
|---|---|
| **COKER & ASSOCIATES** | **PROFORMA INVOICE REF:**<br><br>**JRCII241166.2**<br><br>**May 24, 2024** |

| | |
|---|---|
| COKER & ASSOCIATES OF SC, LLC<br>2541 N. Pleasantburg Drive, Suite S272<br>Greenville, SC 29609<br>Phone: (864)-720-9333<br>Fax: (864)-720-2916<br>Email: info@cokersc.com | INVOICE TO:<br><br>G Tex Global<br>Plot no 3 opposite sector 29 part 2<br>Panipat 132103<br>Haryana<br>GST: 06ABBFG3924D1ZU |

1. **Machine Specifications**:

1 Van de Wiele Face to Face Carpet Machine
Model CRM
Year  1998   power requirement 480 volts
Serial no G-4862-002
Each Machine has 2 PTX Jacquard machines
Total  available reed width 400cm
Reed density 310 dents / meter with 1240 total dents
8 colors in creel
6 Harness frames for ground weave structure
Creel available spindles 9920
2  LGL Pre Winders for filling
Running 2 rapier filling insertion
Including  8 beams with  1250 mm beam flanges
mounted in a single Level Beam stands for the ground ends

**Location: USA**
**Country of origin: Germany**

2. **Price: $105,000.00 USD CNF Mundra final destination ICD Jhatipur**

Customs clearances, Local Duties and Taxes, at the Port of Destination, (if applicable) are to the account of the Buyer.
Inland transportation at the Buyer's account. Marine Insurance at the Buyer's account.

3. **Terms of Payment:**

100% advance before loading

Payment to be received by Bank to Bank wire transfer to the following Bank Account:

**Bank of America Wiring Instructions:**

*COKER & ASSOCIATES OF SC, LLC*
*2541 N Pleasantburg Dr. Suite S272*
*Greenville, SC 29609*

| | |
|---|---|
| Bank Name: | Bank of America N.A. |
| Bank Address: | 222 Broadway New York, NY 10038 |
| Routing Number (wires only): | 026009593 |
| Swift Code: | BOFAUS3N |
| Beneficiary: | Coker & Associates of SC LLC |
| Beneficiary Account Number: | 223014632898 |
| Beneficiary Address: | 2541 N. Pleasantburg Drive, Suite S272 Greenville, SC 29609 |
| Please Add To Wire Transfer: | Proforma Invoice #: **JRCII241166.2** |

**THE ABOVE BANK ACCOUNT IS TO BE USED FOR WIRE TRANSFERS ONLY**

**4. Delivery**
Delivery will be effected without delay after receiving balance by bank to bank wire transfer.
**"General terms of sale" as in Appendix #1**

| | |
|---|---|
| Coker & Associates of SC, LLC<br><br>―――――――――――――<br>Jackson R. Coker II<br><br> | |

**Appendix #1 General terms of Sale:**

1. Buyer shall indemnify Coker and Associates and all its affiliates from all claims, damages, costs and attorney fees arising in any way from Buyer's use, marketing or sale of the equipment the Buyer is purchasing from Coker and Associates of SC, LLC. All machinery is sold on a strictly "As Is" basis, without any warranties or guarantees whatsoever.

2. Coker and Associates of SC, LLC retains title to and Buyer grants a continuing purchase money security interest in all goods sold and delivered to Buyer until Coker and Associates has received payment in full.

3. This Order Acceptance and any dispute or controversy arising out of or related to it shall be governed and constructed exclusively in accordance with the domestic laws of the State of South Carolina.

4. Buyer and Seller agree that the State Courts of the State of South Carolina or the Federal District Court for the District of South Carolina (Greenville Division) shall constitute the sole forums for the adjudication of any and all disputes or controversies arising out of this agreement or the products sold.

5. After issuance of the Order Acceptance, the Buyer and the Seller shall enter into a period of Due Diligence, during which time clean and clear title of the machinery shall be sought. In the event that the Seller, after reasonable good faith efforts, is unable to transfer clean and clear title to the machinery under the terms of the Order Acceptance, the Seller shall give notice of this fact to the Buyer as soon as is practicable. Upon giving such notice, this Order Acceptance shall be null and void and Seller shall not be liable to the Buyer in any manner because of such termination.

6. The aforementioned machinery will remain available for open sale until such time as a deposit is received from the Buyer confirming this order.

7. The Seller is defined as being Coker and Associates of SC, LLC and the Buyer Gupta Rugs.

8. Seller shall not be liable for any exemplary or consequential damage.

**Hotels**.com

## Stay in Greenville

Sep 9, 2024 - Sep 10, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72916184404001

### Reservation details

| Check-in | Check-out |
|---|---|
| Mon, Sep 9 | Tue, Sep 10 |
| 3:00 PM | noon |

Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

### Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

Room details
Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference)
are shared with the property, but requests are not guaranteed and may incur
additional charges. We recommend you confirm them directly with the property
before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or
change fee. When the property charges such fees in accordance with its own
policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall
charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or
cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

| Room price | |
|---|---|
| Mon, Sep 9 | $80.19 |
| Taxes & Fees | $11.02 |
| | |
| Total | **$91.21** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.91 savings

## Rewards

You'll earn rewards for this trip

**H** Hotels.com

## Stay in Greenville

Sep 10, 2024 - Sep 11, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72058239464170

### Reservation details

| Check-in | Check-out |
| --- | --- |
| Tue, Sep 10 | Wed, Sep 11 |
| 3:00 PM | noon |

Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using
the information on the booking confirmation. If you are planning to arrive after
midnight please contact the property in advance using the information on the booking
confirmation. Guests must contact the property in advance for check-in instructions.
Front desk staff will greet guests on arrival.

### Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

Room details
Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference)
are shared with the property, but requests are not guaranteed and may incur
additional charges. We recommend you confirm them directly with the property
before travel.

Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or
change fee. When the property charges such fees in accordance with its own
policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall
charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or
cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

Payment details

Room price

| | |
|---|---|
| Tue, Sep 10 | $78.57 |
| Taxes & Fees | $10.86 |
| | |
| Total | **$89.43** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.73 savings

Rewards

You'll earn rewards for this trip

**Hotels**.com

## Stay in Greenville

Sep 11, 2024 - Sep 12, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72917796143887

### Reservation details

| Check-in | Check-out |
|----------|-----------|
| Wed, Sep 11 | Thu, Sep 12 |
| 3:00 PM | noon |

Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

### Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

Room details
Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference)
are shared with the property, but requests are not guaranteed and may incur
additional charges. We recommend you confirm them directly with the property
before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or
change fee. When the property charges such fees in accordance with its own
policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall
charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or
cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

| Room price | |
|---|---|
| Wed, Sep 11 | $78.57 |
| Taxes & Fees | $10.86 |
| | |
| Total | **$89.43** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.73 savings

## Rewards

You'll earn rewards for this trip

 **Hotels**.com

## Stay in Greenville

Sep 12, 2024 - Sep 13, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72918477316668

### Reservation details

Booked

| Check-in | Check-out |
|----------|-----------|
| Thu, Sep 12 | Fri, Sep 13 |
| 3:00 PM | noon |

Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

### Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

Room details
Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference)
are shared with the property, but requests are not guaranteed and may incur
additional charges. We recommend you confirm them directly with the property
before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or
change fee. When the property charges such fees in accordance with its own
policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall
charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or
cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

Room price

| | |
|---|---|
| Thu, Sep 12 | $78.16 |
| Taxes & Fees | $10.82 |

| | |
|---|---|
| Total | **$88.98** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.69 savings

## Rewards

You'll earn rewards for this trip

**Hotels**.com

## Receipt

Hotels.com itinerary: 72919187790870
Purchase date: Sep 13, 2024

### Booking details

Comfort Suites Airport

3425 Mulberry Church Road, Charlotte, NC, 28208 United States of America

Check-in: Sep 13, 2024
Check-out: Sep 14, 2024
1 room x 1 night
Suite, 1 King Bed, Non Smoking
Booked for: Jagpreet Singh

### Payment details

| Room price | |
| --- | --- |
| Fri, Sep 13 | $102.51 |
| Taxes | $15.63 |
| | |
| Total | **$118.14** |
| | Paid |
| | [AmericanExpress 1148] |

🏷 Includes your Member Price



**TAX INVOICE**

## GURMUKH TRAVELS

NANKANA SAHIB COMPLEX, PETROL PUMP, OPP WHITE HOUSE, NEAR BUS
STAND, LUDHIANA-141002, PUNJAB, INDIA
+91 161-4361111, +91 161-4649859, gurmukhtravels@gmail.com
GST No.: 03AYVPS2540L1ZX

**MR JAGPREET SINGH**

LUDHIANA

Txn No. : AS-24-S00022-LUH
Date: 07/09/2024
Due Dt. : 09/09/2024

| No. | Ticket No. | Passenger Name | Sector(s) | Flight Details | | Total(INR) |
|-----|-----------|----------------|-----------|----------------|---|------------|
| 1 | 098 5905821049 | MR JAGPREET SINGH<br>AIR INDIA | NEW DELHI / NEW YORK<br>NEW YORK / CLT<br>CLT / NEWARK<br>NEWARK / NEW DELHI | AI ____ 09/09<br>DL ____ 09/09<br>UA ____ 14/09<br>AI ____ 14/09 | 151,584.00 | 151,584.00 |

| | | |
|---|---|---|
| **Total** | 151,584.00 | 151,584.00 |
| Add - Service Charges | | 1,200.00 |
| Add - HSN/SAC - 998551 - CGST(9%) 108.00 + SGST(9%) 108.00 | | 216.00 |

INR. One Lakh Fifty Three Thousand  Only

**Net Amount**    153,000.00

E. & O. E.    Generated By: admin, at 12/09/2024 16:39:18

- This is a 'Computer Generated Document' and does not require any official signature.
- You are requested to notify us immediately, if you find any discrepancies in the document.
- Penal Interest will be charged in case payment is made after due date of the document.
- All payment instruments must be crossed 'A/C PAYEE ONLY' and in favour of M/S. GURMUKH TRAVELS,
- RTGS/NEFT Details : Gurmukh Travels, ICICI Bank Ltd., Shingar Cinema Chowk, A/c No. 366005001216, IFSC : ICIC0003660



**LOOMN'WEAVETECH PVT. LTD.**

Deals in Textile Machinery & Home Furnishings

| | |
|---|---|
| **LOOM N WEAVETECH PVT LTD -**<br>GSTIN/UIN: 06AADCL0235G1ZZ<br>State Name : Haryana, Code : 06 , Country : India<br>E-Mail weavexpert@hotmail.com<br>(M). +91 99920-17667 | **INVOICE No. 003** |
| Buyer (Bill to)<br>COKER & ASSOCIATES OF SC, LLC<br>2541 N. Pleasantburg Drive , Suite S272<br>Greenvile , SC 29609<br>Phone: (864)-720-9333<br>Fax: (864)-720-2916<br>Email: info@cokersc.com | DATE  September 13, 2024 |
| | |

| Description | Amount |
|---|---|
| Return Flight ticket from New Delhi to charlotte | 1850.00 |
| Hotel Charges from Sept 9 - Sept 13 | 513.19 |
| Technical Labor Charges | |
| 75/hour  -  40 hours | 3000.00 |
| Misc Expense | 400.00 |
| Per Diem - 7 days | |
| 50  USD/Day | 350.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $6113.19 |
| Amount In Words: Six Thousand One Hundred Thirteen. Ninteen USD | |

**PANIPAT** : Plot No. 483, Sector-17, Urban Estate, HUDA, Panipat-132103, Haryana INDIA
Mobile : +91 9992017667 / Email : weavexpert@hotmail.com / Fax : +91 180 4010083

## Standard Form for Presentation of Loss and Damage Claims

| | | (Claimant's Number)* |
|---|---|---|
| Coker & Associates of SC LLC | 2541 N Pleasantburg Dr. Suite S272 Greenville, SC 29609 | |
| (Company name of Claimant) | (Address of claimant) | 864-933-0283 |
| WCE Transport | 09/13/2024 | |
| (Name of Carrier) | (Date) | (PRO Number) |
| | | |
| (Address) | | |

This claim for $ 111,113.19 is made against the carrier named above by    Coker & Associates of SC LLC
    (Amount of claim)                       (Name of Claimant)

for     loss        in connection with the following described shipment(s):
    (Loss or damage)

Description of shipment     Used Van de Wiele Carpet Loom

Name and address of consignor (shipper)    Coker & Associates of SC LLC, 2090 Sugar Valley Rd NW, Sugar Valley, GA 3074

Shipped from    Sugar Valley, GA      to        Savannah, GA
           (City, Town of Station)                 (City, Town, of Station)

Final Destination    Port of Savannah      Routed via    truck

    Bill of lading issued by: Coker & Associates of SC LLC        Date of Bill of Lading:   08/23/2024

Paid Freight Bill (Pro) Number:

Name and address of Consignee (Whom shipped to)      Port of Savannah

If shipment reconsigned enroute, state particulars:

| DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED | |
|---|---|
| (Number and Description of articles, nature and extent of loss or damage, invoice price of articles, amount of claim, etc.) | |
| Original invoice showing the price of the machine | 1 |
| Invoice from customer who had to come overseas from India to inspect machine and associated cost, such as hotels, per diem, and cost of flight | 2 |
| receipt of plane ticket | 3 |
| hotel receipts | 4 |
| | |
| We anticipate additional charges we incur from inspection of the machine which you all will be responsible for. | |
| | |
| Additionally, we reserve the right to seek compensation for additional expenses such as loss of production claims, should the customer seek the same from us. | |
| | |
| Total Amount Claimed | $111,113.19 |

IN ADDITION TO THE INFORMATION GIVEN ABOVE, THE FOLLOWING DOCUMENTS ARE SUBMITTED IN SUPPORT OF THIS CLAIM**

( ✓ ) 1. Original bill of lading, if not previously surrendered to carrier.
( ) 2. Original paid freight ("expense") bill
( ✓ ) 3. Original invoice or certified copy showing claimants cost
( ) 4. Other particulars obtainable in proof of loss or damage claimed.

Remarks:

_Coker & Associates of SC LLC_      The foregoing statements of facts is hereby certified to as correct.
Printed name of claimant (print clearly)

_____         _____
(Claimants contact phone number)                     (Signature of claimant)

*Claimant should assign to each claim a number, inserting same in the space provided at the upper right hand corner of this form. Reference should be made thereto in all correspondence pertaining to this claim.
**Claimant will please place check ( X ) before each of the documents mentioned as have been attached, and explain under "Remarks" the absence of any of the documents called for in connection with this claim. When for any reason it is impossible for claimant to produce original bill of lading, or paid freight bill, claimant should indemnify carrier or carriers against duplicate claim supported by original documents.



# LOOM N' WEAVETECH PVT. LTD.
## Deals in Textile Machinery & Home Furnishings

| | |
|---|---|
| **LOOM N WEAVETECH PVT LTD -**<br>**GSTIN/UIN: 06AADCL0235G1ZZ**<br>**State Name : Haryana, Code : 06 , Country : India**<br>**E-Mail weavexpert@hotmail.com**<br>**(M). +91 99920-17667** | **INVOICE No. 003** |
| Buyer (Bill to)<br>COKER & ASSOCIATES OF SC, LLC<br>2541 N. Pleasantburg Drive , Suite S272<br>Greenvile , SC 29609<br>Phone: (864)-720-9333<br>Fax: (864)-720-2916<br>Email: info@cokersc.com | DATE  September 13, 2024 |
| | |

| Description | Amount |
|---|---|
| Return Flight ticket from New Delhi to charlotte | 1850.00 |
| Hotel Charges from Sept 9 - Sept 13 | 513.19 |
| Technical Labor Charges | |
| 75/hour  -  40 hours | 3000.00 |
| Misc Expense | 400.00 |
| Per Diem  - 7  days | |
| 50   USD/Day | 350.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $6113.19 |
| Amount In Words: Six Thousand One Hundred Thirteen. Ninteen USD | |

# Standard Form for Presentation of Loss and Damage Claims

| | | (Claimant's Number)* |
|---|---|---|
| **Coker & Associates of SC LLC**  2541 N Pleasantburg Dr. Suite S272 Greenville, SC 29609 | | 864-933-0283 |
| (Company name of Claimant) | (Address of claimant) | |
| **WCE Transport** | 09/13/2024 | |
| (Name of Carrier) | (Date) | (PRO Number) |
| (Address) | | |

This claim for $ 111,113.19 is made against the carrier named above by _____ Coker & Associates of SC LLC
(Amount of claim)                                                                          **(Name of Claimant)**

for _____ loss _____ in connection with the following described shipment(s):
(Loss or damage)

Description of shipment     Used Van de Wiele Carpet Loom

Name and address of consignor (shipper)     Coker & Associates of SC LLC, 2090 Sugar Valley Rd NW, Sugar Valley, GA 30746

Shipped from     Sugar Valley, GA     ,to     Savannah, GA
                 (City, Town of Station)              (City, Town, or Station)

Final Destination     Port of Savannah     Routed via     truck
                      (City, Town of Station)

Bill of lading issued by:  Coker & Associates of SC LLC          Date of Bill of Lading:  08/23/2024

Paid Freight Bill (Pro) Number:

Name and address of Consignee (Whom shipped to)     Port of Savannah

If shipment reconsigned enroute, state particulars:

## DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED
(Number and Description of articles, nature and extent of loss or damage, invoice price of articles, amount of claim, etc.)

| | |
|---|---|
| Original invoice showing the price of the machine | 1 |
| Invoice from customer who had to come overseas from India to inspect machine and associated cost, such as hotels, per diem, and cost of flight | 2 |
| receipt of plane ticket | 3 |
| hotel receipts | 4 |
| | |
| We anticipate additional charges will incur from inspection of the machine which you all will be responsible for. | |
| | |
| Additionally, we reserve the right to seek compensation for additional expenses such as loss of production claims, should the customer seek the same from us. | |
| Total Amount Claimed | $111,113.19 |

IN ADDITION TO THE INFORMATION GIVEN ABOVE, THE FOLLOWING DOCUMENTS ARE SUBMITTED IN SUPPORT OF THIS CLAIM**

( ✓ ) 1. Original bill of lading, if not previously surrendered to carrier.
(    ) 2. Original paid freight ("expense") bill.
( ✓ ) 3. Original invoice or certified copy showing claimants cost.
(    ) 4. Other particulars obtainable in proof of loss or damage claimed.

Remarks:

Coker & Associates of SC LLC
Printed name of claimant (print clearly)

The foregoing statements of facts is hereby certified to as correct.

_____                    _____
(Claimants contact phone number)                              (Signature of claimant)

*Claimant should assign to each claim a number, inserting same in the space provided at the upper right hand corner of this form. Reference should be made thereto in all correspondence pertaining to this claim.
**Claimant will please place check ( X ) before such of the documents mentioned as have been attached, and explain under **"Remarks"** the absence of any of the documents called for in connection with this claim. When for any reason it is impossible for claimant to produce original bill of lading, or paid freight bill, claimant should indemnify carrier or carriers against duplicate claim supported by original documents.

# Stay in Greenville

Sep 9, 2024 - Sep 10, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72916184404001

## Reservation details

| Check-in | Check-out |
|---|---|
| Mon, Sep 9 | Tue, Sep 10 |
| 3:00 PM | noon |

### Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

## Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

## Room details
## Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the property, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the property before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

| Room price | |
|---|---|
| Mon, Sep 9 | $80.19 |
| Taxes & Fees | $11.02 |
| | |
| **Total** | **$91.21** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.91 savings

## Rewards

You'll earn rewards for this trip

# Stay in Greenville

Sep 10, 2024 - Sep 11, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72058239464170

## Reservation details

| Check-in | Check-out |
|---|---|
| Tue, Sep 10 | Wed, Sep 11 |
| 3:00 PM | noon |

### Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

## Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

## Room details
## Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the property, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the property before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

| Room price | |
|---|---|
| Tue, Sep 10 | $78.57 |
| Taxes & Fees | $10.86 |
| | |
| **Total** | **$89.43** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.73 savings

## Rewards

You'll earn rewards for this trip

**Hotels**.com

# Stay in Greenville

Sep 11, 2024 - Sep 12, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72917796143887

## Reservation details

**Check-in**

Wed, Sep 11

3:00 PM

**Check-out**

Thu, Sep 12

noon

### Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

## Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

## Room details
## Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the property, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the property before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

Room price

| | |
|---|---|
| Wed, Sep 11 | $78.57 |
| Taxes & Fees | $10.86 |

| | |
|---|---|
| **Total** | **$89.43** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.73 savings

## Rewards

You'll earn rewards for this trip

# Stay in Greenville

Sep 12, 2024 - Sep 13, 2024

Comfort Inn Greenville - Haywood Mall

Hotels.com itinerary: 72918477316668

## Reservation details

**Booked**

**Check-in**

Thu, Sep 12

3:00 PM

**Check-out**

Fri, Sep 13

noon

### Check-in and special instructions

Check-in time starts at 3:00 PM

Check-in time ends at midnight

Minimum check-in age is: 21

To make arrangements for check-in please contact the property ahead of time using the information on the booking confirmation. If you are planning to arrive after midnight please contact the property in advance using the information on the booking confirmation. Guests must contact the property in advance for check-in instructions. Front desk staff will greet guests on arrival.

## Location

246 Congaree Road, Greenville, SC, 29607-2708 United States of America

## Room details

## Standard Room, 1 King Bed, Non Smoking

Reserved for

Jagpreet Singh, 1 adult

Requests

1 King Bed

Non-Smoking

All special requests (such as in-room amenities, bed type, and smoking preference) are shared with the property, but requests are not guaranteed and may incur additional charges. We recommend you confirm them directly with the property before travel.

## Change and cancellation rules

We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. Comfort Inn Greenville - Haywood Mall charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

## Payment details

| | |
|---|---|
| Room price | |
| Thu, Sep 12 | $78.16 |
| Taxes & Fees | $10.82 |
| | |
| Total | **$88.98** |
| | Paid |
| | [AmericanExpress 1148] |

Member's price: 10%

Prices shown after $8.69 savings

## Rewards

You'll earn rewards for this trip

# Receipt

Hotels.com itinerary: 72919187790870

Purchase date: Sep 13, 2024

## Booking details

Comfort Suites Airport

3425 Mulberry Church Road, Charlotte, NC, 28208 United States of America

Check-in: Sep 13, 2024

Check-out: Sep 14, 2024

1 room x 1 night

Suite, 1 King Bed, Non Smoking

Booked for: Jagpreet Singh

## Payment details

| Room price | |
|---|---|
| Fri, Sep 13 | $102.51 |
| Taxes | $15.63 |
| | |
| Total | **$118.14** |
| | Paid |
| | [AmericanExpress 1148] |

🏷 Includes your Member Price

**TAX INVOICE**

# GURMUKH TRAVELS



NANKANA SAHIB COMPLEX, PETROL PUMP, OPP WHITE HOUSE, NEAR BUS
STAND, LUDHIANA-141002, PUNJAB, INDIA
+91 161 4361111, +91 161 4649859, gurmukhtravels@gmail.com
GST No.: 03AYVPS2540L1ZX

**MR JAGPREET SINGH**

LUDHIANA

| | |
|---|---|
| Txn No. : | AS-24-S00022-LUH |
| Date: | 07/09/2024 |
| Due Dt. : | 09/09/2024 |

| No. | Ticket No. | Passenger Name | Sector(s) | Flight Details | | Total(INR) |
|---|---|---|---|---|---|---|
| 1 | 098 5905821049 | MR JAGPREET SINGH<br>AIR INDIA | NEW DELHI / NEW YORK<br>NEW YORK / CLT<br>CLT / NEWARK<br>NEWARK / NEW DELHI | AI ____ 09/09<br>DL ____ 09/09<br>UA ____ 14/09<br>AI ____ 14/09 | 151,584.00 | 151,584.00 |

| | | | |
|---|---|---|---|
| **Total** | **151,584.00** | | **151,584.00** |
| | | Add - Service Charges | 1,200.00 |
| | Add - HSN/SAC - 998551 - CGST(9%) 108.00 + SGST(9%) 108.00 | | 216.00 |

INR. One Lakh Fifty Three Thousand  Only

**Net Amount**   **153,000.00**

E. & O. E.                                     Generated By: admin, at 12/09/2024 16:39:18

- This is a `Computer Generated Document` and does not require any official signature.
- You are requested to notify us immediately, if you find any discrepancies in the document.
- Penal Interest will be charged in case payment is made after due date of the document.
- All payment instruments must be crossed `A/C PAYEE ONLY` and in favour of M/S. GURMUKH TRAVELS,
RTGS/NEFT Detais : Gurmukh Travels, ICICI Bank Ltd., Shingar Cinema Chowk, A/c No. 366005001216, IFSC : ICIC0003660