**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| COKER & ASSOCIATES OF SC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT FREIGHT INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | ) | CV425-324 |

**ORDER**

Plaintiff seeks leave, pursuant to Federal Rule of Civil Procedure 15(a)(2), to file its First Amended Complaint. Doc. 16. Defendants American Carrier Transport, LLC d/b/a WCE Trans ("ACT") and ARL Logistics, LLC ("ARL") (together, the "Carrier Defendants") do not oppose the Motion. *Id.* at 1. No other Defendant has appeared. *See generally* docket; *see also* doc. 15 at 4 n. 2 (noting that the remaining Defendants "have never appeared in this case, and there is no indication that they have ever been served.").

The Federal Rules permit a party to amend a pleading "once as a matter of course," by the earlier of 21 days of serving it or service of a responsive pleading. Fed. R. Civ. P. 15(a)(1). All other amendments

require the Court's permission or the other parties' written consent. Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.* "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court finds no reason to deny the requested leave, particularly given the Carrier Defendants' consent. Therefore, the Motion is **GRANTED**. Doc. 16. The Clerk is **DIRECTED** to docket the First Amended Complaint, doc. 16-1, as a standalone docket entry and update the docket and case caption accordingly.

As Plaintiff's Motion correctly argues, doc. 16 at 4, because Plaintiff's First Amended Complaint supersedes its original Complaint it moots the Carrier Defendant's Motion to Dismiss the original pleading. *See Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("Under . . . federal law, an amended complaint supersedes the initial complaint and becomes the operative pleading in the case."); *S. Pilot Ins.*

*Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 n. 1 (N.D. Ga. Jan. 25, 2013) ("An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint."). Therefore, the Carrier Defendants' Motion to Dismiss is **DISMISSED AS MOOT**. Doc. 5. The Carrier Defendants' deadline to respond to Plaintiff's First Amended Complaint is governed by Rule 15(a)(3). Plaintiff's obligation to serve the First Amended Complaint on the remaining Defendant, Summit Freight International, Inc., is governed by Federal Rule of Civil Procedure 4.

**SO ORDERED**, this 7th day of October, 2026.

Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA